**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

FILED
JAN 31 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of
GMAC Real Estate LLC

v.

Costello Realty, Inc.

Case Number: 05C 0573

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

Plaintiff GMAC Real Estate LLC

JUDGE CASTILLO
MAGISTRATE JUDGE LEVIN

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME Norman M. Leon | | NAME Catherine M. Burkhardt | |
| FIRM DLA Piper Rudnick Gray Cary US LLP | | FIRM DLA Piper Rudnick Gray Cary US LLP | |
| STREET ADDRESS 203 North LaSalle Street, Suite 1900 | | STREET ADDRESS 203 North LaSalle Street, Suite 1900 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1293 | | CITY/STATE/ZIP Chicago, Illinois 60601-1293 | |
| TELEPHONE NUMBER (312) 368-2192 | FAX NUMBER (312) 630-6322 | TELEPHONE NUMBER (312) 368-4086 | FAX NUMBER (312) 630-6313 |
| E-MAIL ADDRESS norman.leon@dlapiper.com | | E-MAIL ADDRESS catherine.burkhardt@dlapiper.com | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06239480 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06215825 | |
| MEMBER OF TRIAL BAR? | YES ☐   NO ☒ | MEMBER OF TRIAL BAR? | YES ☐   NO ☒ |
| TRIAL ATTORNEY? | YES ☒   NO ☐ | TRIAL ATTORNEY? | YES ☒   NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐   NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐   NO ☐ | MEMBER OF TRIAL BAR? | YES ☐   NO ☐ |
| TRIAL ATTORNEY? | YES ☐   NO ☐ | TRIAL ATTORNEY? | YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐   NO ☐ |

American LegalNet, Inc.   www.USCourtForms.com