*United States District Court for the Northern District of Illinois*

Case Number: **05C   0573**   Assigned/IssuedBy: _____

---

## FEE INFORMATION

**Amount Due:**  ☒ $150.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $255.00

No. Service copies _____

*(For use by Fiscal Department Only)*

Amount Paid: 150.00          Receipt #: 109540

Date Payment Rec'd: JAN 31 2005          Fiscal Clerk: KL

---

## ISSUANCES

**Type Of Issuance:**   ☒ Summons                    ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
             *(Type of Writ)*

Original and ___/___ copies on ___JAN 31 2005___ as to _____
                              *(Date)*

---

C:\wpwin80\docket\fceinfo.frm     01/05