*United States District Court for the Northern District of Illinois*

Case Number: **05C   0573**   Assigned/IssuedBy: _____

---

## FEE INFORMATION

**Amount Due:**   ☒ $150.00     ☐ $39.00     ☐ $5.00

  ☐ IFP     ☐ No Fee     ☐ Other _____

  ☐ $255.00

No. Service copies _____

*(For use by Fiscal Department Only)*

Amount Paid: 150.00     Receipt #: 10954002

Date Payment Rec'd: JAN 31 2005     Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**   ☒ Summons          ☐ Alias Summons

  ☐ Third Party Summons          ☐ Lis Pendens

  ☐ Non Wage Garnishment Summons

  ☐ Wage-Deduction Garnishment Summons

  ☐ Citation to Discover Assets

  ☐ Writ _____
      (Type of Writ)

Original and ___1___ copies on ___JAN 31 2005___ as to ___Dof___
                                  (Date)