IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GMAC REAL ESTATE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COSTELLO REALTY, INC.,<br><br>    Defendant. | **05C 0573** |

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

    Plaintiff, GMAC Real Estate, LLC ("GMACRE"), by its attorneys, pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby discloses that it is wholly owned by GMAC Home Services, Inc., which is wholly-owned by GMAC Residential Holding Corporation, which is wholly-owned by GMAC Mortgage Group, Inc., which is wholly-owned by General Motors Acceptance Corporation, which is wholly-owned by General Motors. General Motors is a publicly held company.

                                                                                                                      GMAC REAL ESTATE, LLC

                                                                                                                      By: _____
                                                                                                                        One of Its Attorneys

Norman M. Leon
Catherine Burkhardt
**DLA Piper Rudnick Gray Cary US LLP**
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-2192

~CHGO1:30418377.v1