AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Ag*

GMAC Real Estate LLC

V.

Costello Realty, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05C 0573**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE LEVIN**

TO: (Name and address of Defendant)
Costello Realty, Inc.
443 East Central Street
Route 140
Franklin, Massachusetts 02038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norman M. Leon
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**JAN 3 1 2005**

DATE

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | February 2, 2005, 4:59 PM EST |
| NAME OF SERVER *(PRINT)* <br> Leonard E. Segal | TITLE <br> Process Server & Disinterested Person over Age 18. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: at Costello Realty, Inc., 443 East Central Street, Franklin, MA 02038, by giving in hand to Otto Szebeni, Realtor, Agent in Charge.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 2, 2005
Date          Signature of Server

Segal Constable Services
P.O. Box 481
Sharon, MA 02067-0481

Address of Server

FILED
FEB - 8 2005
MICHAEL W. DORBIN
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.