IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, | ) |
| Plaintiff, | ) Case No. 05 C 0573 |
| v. | ) Judge Ruben Castillo |
| COSTELLO REALTY, INC., | ) |
| Defendant. | ) |

**FILED MAR 0 2 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## DEFENDANT'S MOTION TO DISMISS
## FOR OF PERSONAL JURSIDICTION

NOW COMES the Defendant and respectfully moves this Honorable Court pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss the above-entitled Complaint, as this Court lacks personal jurisdiction over the Defendant, Costello Realty, Inc.

In support of this motion the Defendant assigns the following:

1. That the Defendant has insufficient contacts with the State of Illinois to warrant a finding of personal jurisdiction;

2. That the maintenance of the suit in the forum state will offend traditional notions of fair play and substantial justice;

3. That the instant matter alleges a breach of contract that required services to be performed by the plaintiff in the Commonwealth of Massachusetts. More specifically, by the terms of the contract, the plaintiff was to permit the use of what is termed "Marks" (trademarks, logos, etc.) by the Defendant in connection with its real estate brokerage business within a certain geographic territory within the Commonwealth of Massachusetts;

4. That the Defendant, while licensed to act as a real estate broker in Massachusetts,

conducts no business whatsoever in Illinois, and is not licensed by the State of Illinois to conduct any business;

5. That a review of the contract described and attached to the instant Complaint establishes the following:

    a. the Defendant negotiated and executed the contract in Massachusetts;

    b. that the contract mandated that it be construed "... in accordance with the laws of the state which affiliate is licensed to use the Marks," (paragraph 21 of Exhibit A of the Plaintiff's Complaint);

    c. that the parties to the contract are:

        i) GMAC Home Services, Inc., a Delaware corporation, with an address of 447 Martinsville Road, Liberty Corner, New Jersey; and

        ii) Richard F. Costello Realty, Inc. a Massachusetts corporation, with an address at 443 East Central Street, Franklin, Massachusetts 02038;

6. That no party to the contract is a citizen or corporation of Illinois;

7. That no services or obligations of either party were to be performed in Illinois;

8. That the Defendant has not purposefully availed itself to the jurisdiction of the State of Illinois, has not committed any acts within the State of Illinois, and lacks any connection with the forum state to make the exercise of jurisdiction over the Defendant reasonable;

9. That any exercise of personal jurisdiction over the Defendant in the State of

Illinois will violate the due process clause of the Fifth and Fourteenth Amendments to the Constitution of the United States.

WHEREFORE, the Defendant, Costello Realty, Inc., respectfully prays for the entry of an Order:

a. Dismissing GMAC Real Estate, LLC's Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure; and

b. For such other relief this Court deems just.

Respectfully submitted,

COSTELLO REALTY, INC.

|  |  |
|---|---|
| Local Counsel: | Eugene E. Gozdecki, Esq.<br>Earl E. Farkas, Esq.<br>Gozdecki & Del Giudice<br>221 North LaSalle Street<br>Suite 2200<br>Chicago, IL 60601 |
| Lead Counsel: | Edward J. McCormick, III, Esq.<br>Gilmore, Rees, Carlson & Cataldo, P.C.<br>1000 Franklin Village Drive<br>Franklin, MA 02038-4001<br>(508) 520-2200 |