NLF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05 C 0573 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| COSTELLO REALTY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAR 0 2 2005
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:   Catherine Burkhardt, Esq.
       DLA Piper Rudnick Gray Cary
       203 North LaSalle Street
       Suite 1800
       Chicago, IL  60601

**PLEASE TAKE NOTICE** that on **Wednesday, March 9, 2005, at 9:45 a.m.** or as soon as possible thereafter we shall appear before the Honorable Ruben Castillo in courtroom 2319 or any other judge sitting in his stead in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois and present **Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Memorandum in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction**, copies of which are hereby served upon you.

Respectfully submitted,

Costello Realty, Inc.

BY: _____
One of its Attorneys

**Local Counsel**
Eugene E. Gozdecki, Esq.
Earl E. Farkas, Esq.
**GOZDECKI & DEL GIUDICE**
221 North LaSalle Street
Suite 2200
Chicago, IL  60601
(312) 782-5010

Edward J. McCormick, III, Esq.
Gilmore, Rees, Carlson & Cataldo, P.C.
1000 Franklin Village Drive
Franklin, MA  02038-4001
(508) 520-2200