# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

GMAC Real Estate, LLC
vs.
Costello Realty, Inc.

Case Number: 05C0573

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
Costello Realty, Inc.

**(A)**
- SIGNATURE: /s/
- NAME: Edward J. McCormick, III, Esquire
- FIRM: Gilmore, Rees, Carlson & Cataldo, P.C.
- STREET ADDRESS: 1000 Franklin Village Drive
- CITY/STATE/ZIP: Franklin, MA 02038
- TELEPHONE NUMBER: 508-520-2200
- FAX NUMBER: 508-520-0699
- E-MAIL ADDRESS: ejm@grccpc.com
- IDENTIFICATION NUMBER: (blank)
- MEMBER OF TRIAL BAR? (blank)
- TRIAL ATTORNEY? YES [X]

**(B)**
- SIGNATURE: /s/
- NAME: Eugene E. Gozdecki
- FIRM: Gozdecki & Del Giudice
- STREET ADDRESS: 221 North LaSalle Street, Suite 2200
- CITY/STATE/ZIP: Chicago, IL 60601
- TELEPHONE NUMBER: 312-782-5010
- FAX NUMBER: 312 782-4324
- E-MAIL ADDRESS: g.gozdecki@gozdel.com
- IDENTIFICATION NUMBER: 01026453
- MEMBER OF TRIAL BAR? YES [X]
- TRIAL ATTORNEY? NO [X]
- DESIGNATED AS LOCAL COUNSEL? YES [X]

**(C)**
- SIGNATURE: /s/
- NAME: Earl E. Farkas
- FIRM: Gozdecki & Del Giudice
- STREET ADDRESS: 221 North LaSalle Street, Suite 2200
- CITY/STATE/ZIP: Chicago, IL 60601
- TELEPHONE NUMBER: 312 782-5010
- FAX NUMBER: 312 782-4324
- E-MAIL ADDRESS: e.farkas@gozdel.com
- IDENTIFICATION NUMBER: 06220308
- MEMBER OF TRIAL BAR? NO [X]
- TRIAL ATTORNEY? NO [X]
- DESIGNATED AS LOCAL COUNSEL? YES [X]

**(D)**
(blank)

FILED
MAR 02 2005
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT