## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 573 | **DATE** | 3/9/2005 |
| **CASE TITLE** | GMAC Real Estate vs. Costello Realty, Inc. | | |

**DOCKET ENTRY TEXT:**

Hearing held on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. After careful review of the initial pleadings, this Court hereby exercises its discretion pursuant to 28 USC §§1404 and 1406, and transfers this lawsuit to the District of Massachusetts - the district which has the most substantial relationship to this dispute which also has appropriate jurisdiction over all parties to this lawsuit. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [8] is granted and the case is hereby transferred to the U.S. District Court in Massachusetts.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|