

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

March 24, 2005

Re: GMAC Real Estate vs. Costello Realty, Inc.

USDC No: 05-cv-573

Dear Sr:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Ruben Castillo on 03/09/05. Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Lynette Santiago
Deputy Clerk

Enclosures

New Case No. _____     Date _____