UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30073-KPN

| | | |
|---|---|---|
| GMAC Real Estate, LLC | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO TRANSFER |
| | ) | |
| Costello Realty, Inc. | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the defendant, Costello Realty, Inc., and respectfully moves this Honorable Court to transfer the above-entitled matter from the Western Division of the District of Massachusetts to the United States District Court in Boston.

In support of this motion, the defendant assigns the following:

1. That the above-entitled matter was originally filed by the plaintiff in the United States District Court for the Northern District of Illinois;

2. That in response to the defendant's Motion to Dismiss for lack of personal jurisdiction, the Court allowed the motion and ordered that the matter be transferred to the United States District Court, District of Massachusetts;

3. That the defendant has now been notified that the matter has been assigned to the Western Division of the District of Massachusetts;

4. That this assignment to the Western Division would appear to be in error, as while the defendant has a principal place of business in Franklin; it is in the Town of Franklin, in Norfolk County, not Franklin County;

5. Accordingly, it would appear that this matter should be transferred from the Western

Division to the United States District Court in Boston.

                Respectfully submitted,
                COSTELLO REALTY, INC.
                By Its Attorney:

_____
Edward J. McCormick, III, Esquire
Gilmore, Rees, Carlson & Cataldo, P.C.
1000 Franklin Village Drive
(508) 520-2200
BBO# 329780