UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:05-cv-30073-JLT |
| COSTELLO REALTY, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

The undersigned enters his appearance on behalf of plaintiff GMAC Real Estate, LLC.

    /s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated: May 27, 2004