UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC REAL ESTATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-cv-30073-JLT |
| ) | |
| COSTELLO REALTY, INC., ) | |
| ) | |
| Defendant. ) | |

**LOCAL RULE 85.5.3 MOTION FOR
<u>ENTRY OF APPEARANCE PRO HAC VICE</u>
(ASSENTED-TO)**

Plaintiff GMAC Real Estate, LLC ("GMACRE") moves for admission *pro hac vice* of Norman M. Leon and Catherine M. Burkhardt, both of Chicago, Illinois, as counsel to GMACRE in this action. The undersigned counsel will serve as GMACRE's local counsel in Boston.

Defendant Costello Realty, Inc. assents to this motion.

In support of this motion, GMACRE states that Mr. Leon and Ms. Burkhardt (both partners of the undersigned counsel at DLA Piper Rudnick Gray Cary US LLP) currently represent GMACRE in several actions concerning many of the same issues presented in this action. In further support of this motion, attached hereto as <u>Exhibits A and B</u> are certificates by Mr. Leon and Ms. Burkhardt establishing their qualifications to practice in this Court.

1

2

FOR THESE REASONS, GMAC Real Estate, LLC that this Court grant Norman M. Leon and Catherine M. Burkhardt leave to appear *pro hac vice*.

                                      GMAC REAL ESTATE, LLC,

                                      By its attorney,

                                      /s/ Michael D. Vhay
                                    Michael D. Vhay (BBO #566444))
                                    DLA PIPER RUDNICK GRAY CARY US LLP
                                    One International Place, 21st Floor
                                    Boston, MA 02110
                                    (617) 406-6000 (telephone)
                                    (617) 406-6100 (facsimile)

Dated: June 7, 2005

~BOST1:373456.v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC REAL ESTATE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COSTELLO REALTY, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 1:05-cv-30073-JLT |

### *PRO HAC VICE* CERTIFICATE OF NORMAN M. LEON

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify:

1. I am a member of the law firm of DLA Piper Rudnick Gray Cary US LLP. I practice principally from the firm's office at 203 North LaSalle Street, Suite 1900, Chicago, IL 60601-1293.

2. I am an active member in good standing of the Bar of the following states:

| State | Date of Admission |
|---|---|
| Illinois | May 8, 1997 |
| New York | June 14, 1993 |

I am admitted to practice before the following federal courts:

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals for the First Circuit | June 7, 1999 |
| U.S. Court of Appeals for the Seventh Circuit | March 16, 2001 |
| U.S. Court of Appeals for the Fourth Circuit | November 19, 2002 |
| U.S. Court of Appeals for the Ninth Circuit | May 25, 2004 |
| Southern District of New York | July 13, 1993 |
| Eastern District of New York | July 13, 1993 |
| Northern District of Illinois | August 19, 1997 |
| District of Colorado | July 10, 1998 |
| Northern District of Texas | May 1, 2002 |
| Western District of Michigan | July 18, 2002 |
| Northern District of Indiana | April 2, 2003 |

1

2

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 2nd day of June, 2005.

_____
Norman M. Leon

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:05-cv-30073-JLT |
| COSTELLO REALTY, INC., | ) ) ) | |
| Defendant. | ) ) | |

### PRO HAC VICE CERTIFICATE OF CATHERINE M. BURKHARDT

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify:

1. I am a member of the law firm of DLA Piper Rudnick Gray Cary US LLP. I practice principally from the firm's office at 203 North LaSalle Street, Suite 1900, Chicago, IL 60601-1293.

2. I am an active member in good standing with Illinois, 1993; Northern District of Illinois, 1998; Central District of Illinois, 1999; Southern District of Illinois, 1999; U.S. Court of Appeals for the Fourth Circuit, 2002, U.S. Court of Appeals for the Third Circuit, 2004.

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 6th day of June, 2005.

_____
Catherine M. Burkhardt

1

~CHGO1:30585367.v1