

**DLA PIPER RUDNICK GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

MICHAEL D. VHAY
michael.vhay@dlapiper.com
T 617.406.6033

October 4, 2005

Ms. Zita Lovett
Courtroom Clerk for Judge Tauro
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA  02210

      Re:    GMAC Real Estate, LLC v. Costello Realty, Inc.
               Civil Action No. 1:05-cv-30073

Dear Ms. Lovett:

     We are the attorneys for plaintiff GMAC Real Estate, LLC in the above-referenced matter.

     This case was reassigned to Judge Tauro in June 2005. GMAC Real Estate asks that the Court schedule an initial scheduling conference, as defendant Costello Realty, Inc. has answered GMAC Real Estate's complaint and GMAC Real Estate, in turn, has replied to Costello Realty's counterclaim.

     When we spoke today, you mentioned that the docket showed that there was a pending motion to dismiss for lack of jurisdiction in this case. That motion actually sought dismissal for lack of _personal_ jurisdiction, and was filed by Costello Realty when the case was pending in the Northern District of Illinois, where the case originated. The Northern District resolved the question of personal jurisdiction by transferring the case to the District of Massachusetts. Costello Realty's motion to dismiss is thus moot.

~BOST1:393097.v1
229094-22
**Serving clients globally**



Ms. Zita Lovett
October 4, 2005
Page 2

If you have any questions about this matter or this request, do not hesitate to call me.

Cordially,

Michael D. Vhay

MDV/jmm

cc: Edward J. McCormick, III, Esq.
Norman M. Leon, Esq.
Catherine M. Burkhardt, Esq.

~BOST1:393097.v1
229094-22