# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GMAC REAL ESTATE, LLC,

      Plaintiff,

v.

COSTELLO REALTY, INC.,

      Defendant.

Civil Action No. 1:05-cv-30073-JLT

## RULE 16 JOINT STATEMENT

The parties to this action, through their counsel, hereby submit the following Rule 16 Joint Statement:

**A.    Joint Discovery Plan**

1. Pursuant to the Court's October 27, 2005 Discovery Order, initial disclosures under Fed. R. Civ. P. 26(a)(1), sworn statements under Local Rule 26.1(B), and a list of persons the parties wish to depose have been exchanged.

2. All written discovery, including requests for admission, shall be served on or before March 1, 2006.

3. Non-expert depositions shall be conducted on or before July 31, 2006.

4. The parties shall disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by May 31, 2006.

5. Expert depositions shall be completed by July 31, 2006.

**B.    Proposed Schedule for the Filing of Motions**

1. Amended pleadings, if any, to be served by January 1, 2006.

2. Motions for Summary Judgment shall be filed on or before September 29, 2006.

    3.   Pretrial Disclosures to be made within the times set forth in Fed. R. Civ. P. 26(a)(3).

**C.**    **Pre-Trial and Trial**

    1.   An initial scheduling conference is scheduled for December 6, 2005 at 11:15 a.m.

    2.   The final pretrial conference shall be scheduled for October or November 2006.

    3.   The case will be ready for trial in November or December 2006.

**D.**    **Alternative Dispute Resolution and Trial by Magistrate Judge**

    The parties do not agree to engage in any alternative dispute resolution programs at this time.  The parties do not, at this time, consent to trial before a Magistrate Judge.

**E.**    **Certifications**

    The parties and their counsel will file separate certifications in accordance with Local Rule 16.1(D)(3).

GMAC REAL ESTATE, LLC,         COSTELLO REALTY, INC.

By its attorneys,                   By its attorneys,


   /s/ Michael D. Vhay              /s/ Edward J. McCormick (by agreement)

Michael D. Vhay (BBO #566444)       Edward J. McCormick, III (BBO #329780)

DLA Piper Rudnick Gray Cary US LLP   Gilmore, Rees, Carlson & Cataldo, P.C.

One International Place, 21st floor      1000 Franklin Village Drive

100 Oliver Street                  Franklin, MA  02038

Boston, MA 02110-2613          Phone: 508-520-2200

Phone: 617-406-6000           Fax: 508-520-2217

Fax: 617-406-6100