UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-30073-JLT |
| | * | |
| COSTELLO REALTY, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this court hereby orders that:

1.   A Further Conference will be held on February 7, 2006.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge