UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-CV-30073-JLT

_____
GMAC Real Estate, LLC   )
       Plaintiff,   )
          )
    v.   )   Defendant's Motion to
          )   Continue Status Conference
Costello Realty, Inc.   )
       Defendant.   )
_____)

    Now comes the defendant, Costello Realty, Inc., and respectfully moves this Honorable Court to continue the status conference presently scheduled for February 7, 2006 to a date in early March, 2006.

    In support of this motion, the defendant assigns the following:

1.     That at issue in the instant matter is the amount that might be owed as the result of fees due on real estate sales;

2.     That on December 6, 2005, the parties agreed to attempt to ascertain the disputed amount;

3.     That during the latter part of December, 2005, the individual in charge of the day to day operations, including the daily bookkeeping, has left the employ of Costello Realty, Inc.  This departure has delayed the defendant's efforts to accurately determine what fees are owed and what fees might be owed;

4.     That since the departure of the above-referenced employee, the department has engaged the assistance of an accounting firm to assist in this effort;

5.     That additional time is needed to compile sales and banking records; and

6.     That the plaintiff does not oppose this motion.

Respectfully Submitted,
The Defendant,
Costello Realty, Inc.,
By Its Attorney,

/s/ Edward J. McCormick, III
Edward J. McCormick, III
1000 Franklin Village Drive
Franklin, MA 02038
(508) 520-2200
BBO #329780