UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC REAL ESTATE, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COSTELLO REALTY, INC.,  )<br>  )<br>Defendant.  )<br>_____) | CIVIL ACTION NO. 1:05-cv-30073-JLT |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.5.2 of this Court, please enter the following change of address effective February 20, 2006, of counsel for plaintiff GMAC Real Estate, LLC:

Michael D. Vhay, Esq. (BBO #566444)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)


GMAC REAL ESTATE, LLC,

By its attorney,

_____
Michael D. Vhay, Esq. (BBO #566444)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: February 16, 2006

~BOST1:406397.v1