UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GMAC REAL ESTATE, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**COSTELLO REALTY, INC.,**<br><br>Defendant. | CIVIL ACTION NO. 1:05-CV-30073-JLT |

**PLAINTIFF GMAC REAL ESTATE, LLC'S MOTION
TO COMPEL THE PRODUCTION OF DOCUMENTS**

Plaintiff, GMAC Real Estate, LLC ("GMACRE"), by its attorneys, moves this Court, pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the District of Massachusetts, to enter an Order (a) compelling Defendant, Costello Realty, Inc., to produce documents in response to certain requests set forth in GMACRE's First Request for Production of Documents; and (b) awarding GMACRE its reasonable costs and expenses in bringing this motion. In support of its motion, GMACRE submits the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

GMACRE hereby requests a hearing on this motion.

Respectfully submitted,

**GMAC REAL ESTATE, LLC**

By its attorney,

/s/ Michael D. Vhay
Michael D. Vhay, BBO #566444
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000

Dated: March 9, 2006

## **CERTIFICATION UNDER LOCAL RULE 37.1**

      I hereby certify that the provisions of Local Rule 37.1 have been complied with. Counsel for GMAC Real Estate, LLC have conferred with counsel for defendant Costello Realty, Inc. in a good-faith attempt to resolve or narrow the issues presented in the foregoing motion to compel discovery responses.

                                       /s/ Michael D. Vhay
                                       Michael D. Vhay