UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GMAC REAL ESTATE, LLC,
      Plaintiff,

v.   Civil Action No. 05-30073-JLT

COSTELLO REALTY, INC.,
      Defendant.

## ORDER

March 9, 2006

TAURO, J.

    After a Conference held on March 7, 2006, this court hereby orders that:

1. Defendant shall provide Plaintiff with all information regarding the transactions at issue in this matter, including the commissions Defendant earned in those transactions; and

2. A Further Conference is scheduled for April 13, 2006, at 10:00 a.m.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                      United States District Judge