UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 17  P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.: 1:05-CV-30073-JLT

|  |  |  |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Opposition to the Plaintiff's Motion to |
| v. | ) | Compel the Production of Documents |
| | ) | |
| COSTELLO REALTY, INC., | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the defendant, Costello Realty, Inc., and does give notice of its opposition to the plaintiff's Motion to Compel Production of Documents.

In support of this opposition, the defendant assigns the following:

1. That in December of 2005, the parties appeared before this Court and, in an effort to narrow issues and possibly resolve the instant dispute, the defendant was to ascertain the actual commission amounts received as well as the amount paid to the plaintiff. It was counsel for the defendant's distinct understanding that this effort was to be undertaken prior to any full scope discovery that might be rendered moot.

2. That, despite the clear intention of this initial stage of limited discovery, the plaintiff has served a wide ranging request for documents pursuant to Rule 34.

3. That in an effort to comply with this Court's initial order, the defendant has gone through numerous files and compiled a list of transactions that occurred during the time frame alleged in the instant Complaint. This list, which included the date, address, and purchase price of each transaction, was furnished to the plaintiffs on February 27, 2006.

4. That on March 7, 2006, counsel for the parties again appeared before this Court, in response to the defendant's statement that additional time was needed to ascertain the commission amount received on each transaction as well as the amount to GMAC, ordered "...the defendant is to provide the plaintiff will all information regarding the transactions at issue in this matter, including the commissions Defendant earned in those transactions."

5. That now the plaintiff seeks the production of other documents, including the defendant's tax returns. The instant motion appears to be in total contradiction to the intent of the attempted staged discovery under which the defendant is in good faith undertaking.

6. That the plaintiff seeks to compel the production of the defendant's tax returns, which are of little or no relevance to the issues now before this

Court. By the contract between the parties, GMAC is to be paid a
percentage of Costello's residential sales commissions. Costello's tax
returns will include income from all of its transactions. Accordingly, such
information is of no relevance to the instant dispute. In addition, it should
be pointed out that GMAC and Costello are competitors and that it is
apparent that GMAC seeks Costello's tax returns, not for any reason
related to this litigation, but to secure privileged financial information of a
business competitor.

7.    For the above-stated reasons, this Court should deny the plaintiff's Motion
to Compel.

Respectfully Submitted,
Costello Realty, Inc.,
By Its Attorney,

Edward J. McCormick(s)

Edward J. McCormick, III
McCormick & Maitland
195 Main Street
Franklin, MA 02038
(508) 520-0333
BBO #329780

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, hereby certify that on this 15th day of March, 2006, I served a true copy of the Opposition to Plaintiff's Motion to Compel Production of Documents, via first class mail, postage prepaid, upon the following counsel of record:

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613

John A. Hughes, Esq.
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Edward J. McCormick, III