UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 1:05-CV-30073-JLT

| | |
|---|---|
| GMAC REAL ESTATE, LLC,        )<br>             Plaintiff,    )<br>                              )<br>v.                            )<br>                              )<br>COSTELLO REALTY, INC.,        )<br>             Defendant.   )<br>                              ) | Opposition to the Plaintiff's Motion for<br>Leave to Amend Complaint |

Now comes the defendant, Costello Realty, Inc., and respectfully opposes the plaintiff's Motion for Leave to Amend Complaint.

In support of this opposition, the defendant assigns the following:

1. That prior to the initiation of the present cause of action, the parties had entered into discussions in an attempt to resolve the dispute between them;
2. That as part of the above-referenced settlement negotiations, the defendant submitted certain information and submitted to an audit by the plaintiff;
3. That the plaintiff, by its proposed Amended Complaint, seeks to base a cause of action upon the defendant's conduct which took place solely during the course of settlement negotiations;
4. That the content of the communications between the parties during the course of settlement negotiations are inadmissible as evidence at any trial; and
5. That, accordingly, the plaintiff should not be allowed to file an Amended Complaint by adding a cause of action based solely upon evidence that is clearly inadmissible at trial.

        Respectfully Submitted,
        The Defendant,
        By Its Attorney,


        _/s/ Edward J. McCormick, III__
        Edward J. McCormick, III
        McCormick & Maitland
        Suite Six – Hayward Manor
        195 Main Street
        Franklin, MA  02038
        (508) 520-0333
        BBO #329780


## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, hereby certify that on this 11th day of April, 2006, I served a true copy of the Opposition to Plaintiff's Motion for Leave to Amend Complaint, via first class mail, postage prepaid, upon the following counsel of record:

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613

        _/s/ Edward J. McCormick, III__
        Edward J. McCormick, III