UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-30073-JLT |
| | * | |
| COSTELLO REALTY, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

April 13, 2006

TAURO, J.

After a Conference held on April 13, 2006, this court hereby orders that:

1. Plaintiff's Motion to Compel the Production of Documents [# 29] is DENIED;

2. Defendant will provide Plaintiff with a list of the relevant transactions and all other relevant information as discussed in open court, to be submitted with an affidavit attesting to the accuracy of the list;

3. Defendant must provide Plaintiff with the abovementioned list by April 27, 2006;

4. Plaintiff will provide Defendant with a list of the relevant transactions and all other relevant information as discussed in open court, to be submitted with an affidavit attesting to the accuracy of the list;

5. Plaintiff must provide Defendant with the abovementioned list by May 15, 2006;

6. Defendant may depose: (1) Plaintiff GMAC Real Estate, LLC, pursuant to Rule 30(b)(6);

7. The abovementioned deposition must be completed by June 14, 2006;

8. No interrogatories are permitted;

9. No further discovery is permitted without leave of this court; and

10. A Final Pretrial Conference will be held on July 11, 2006, at 11:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge