UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 1:05-CV-30073-JLT

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Joint Motion and Stipulation Relative |
| | ) | to the Scheduling of Deposition |
| COSTELLO REALTY, INC., | ) | |
| Defendant. | ) | |
| | ) | |

    Now come the parties and respectfully move that this Honorable Court accept the following stipulation:

1. That the deposition of the plaintiff was duly noticed pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure for June 2, 2006;

2. That the plaintiff timely filed a Motion for a Protective Order;

3. That this Court previously ordered that the deposition of the plaintiff be conducted by June 14, 2006;

4. That the parties agreed that the deposition noticed for June 2, 2006, be postponed pending this Court's ruling relative to the plaintiff's Motion for a Protective Order;

5. That on June 12, 2006, this Court denied the plaintiff's Motion for a Protective Order;

6. That the plaintiff's witness(es) are in the State of Illinois;

7. That accordingly, the parties have agreed, subject to this Court's approval, to conduct the plaintiff's deposition within a reasonable time after this Court's decision on the Motion for a Protective Order, on a date convenient to all parties.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>By Its Attorney, | Respectfully Submitted,<br>The Defendant,<br>By Its Attorney, |
| /s/ Michael Vhay<br>Michael D. Vhay, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>(617) 406-6033 | /s/ Edward J. McCormick, III<br>Edward J. McCormick, III, Esq.<br>McCormick & Maitland<br>Suite Six – Hayward Manor<br>Franklin, MA 02038<br>(508) 520-0333 |

CERTIFICATE OF SERVICE

      I, Edward J. McCormick, III, hereby certify that on this 14th day of June, 2006, I served a true copy of the Opposition to Plaintiff's Motion for Leave to Amend Complaint, via first class mail, postage prepaid, upon the following counsel of record:

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613

                                                        /s/ Edward J. McCormick, III
                                                        Edward J. McCormick, III