UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 1:05-CV-30073-JLT

_____
GMAC REAL ESTATE, LLC,            )
                   Plaintiff,         )
                              )       Opposition to the Plaintiff's Motion
v.                                              )       For Leave to Conduct Discovery
                              )
COSTELLO REALTY, INC.,             )
                   Defendant.       )
_____)

       Now comes the defendant, Costello Realty, Inc., and does respectfully give notice of its opposition to the plaintiff's Motion for Leave to Conduct Discovery.

       In support of this opposition, the defendant assigns the following:

1. That by the instant motion the plaintiff seeks to have this Court revisit the previous orders entered relative to discovery;

2. More specifically, on April 13, 2006, the Court entered an order relative to discovery and denied the plaintiff's request to conduct further discovery;

3. That the plaintiff has not asserted any new grounds or reasons why this Court should reconsider its previous order;

4. That contrary to what a reader might infer from the plaintiff's motion, the defendant has furnished the plaintiff with a voluminous amount of documents and has, through the production of these documents, made readily apparent its position.

                                                      Respectfully Submitted,
                                                        The Defendant,
                                                        By Its Attorney,

                                                        /s/ Edward J. McCormick, III
                                                        Edward J. McCormick, III
                                                        McCormick & Maitland
                                                        Suite Six – Hayward Manor
                                                        195 Main Street
                                                        Franklin, MA  02038
                                                        (508) 520-0333

CERTIFICATE OF SERVICE

      I, Edward J. McCormick, III, hereby certify that on this 30th day of June, 2006, I served a true copy of the Opposition to the Plaintiff's Motion for Leave to Conduct Discovery, via first-class mail, postage prepaid, upon the following counsel of record:

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613

                                                        _____
                                                        Edward J. McCormick, III