UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 1:05-CV-30073-JLT

_____
GMAC REAL ESTATE, LLC,              )
                 Plaintiff,         )
                                   )
v.                                  )      Assented to Motion to
                                   )      Continue Pre-Trial Conference
COSTELLO REALTY, INC.,              )
                 Defendant.         )
_____ )

       Now comes the defendant, Costello Realty, Inc., and respectfully moves this Honorable Court to continue the pre-trial conference scheduled for July 11, 2006, to a date in July and if possible July 19 or 20, 2006.

       In support of this motion, the defendant assigns the following:

1.     That counsel for the defendant has an unexpected scheduling conflict on July 11, 2006, and requests the consideration of this Court to allow him to attend to the above-referenced matter; and

2.     That counsel for the plaintiff assents to the instant motion.

                Respectfully Submitted,
                The Defendant,
                By His Attorney,

                /s/ Edward J. McCormick, III
                Edward J. McCormick, III
                McCormick & Maitland
                Suite Six – Hayward Manor
                195 Main Street
                Franklin, MA  02038
                (508) 520-0333

ASSENTED TO:

  /s/ Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447

CERTIFICATE OF SERVICE

      I, Edward J. McCormick, III, hereby certify that on this 10th day of July, 2006, I served a true copy of the Assented to Motion to Continue Pre-Trial Conference, via facsimile and first-class mail, postage prepaid, upon the following counsel of record:

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613

                                                  /s/ Edward J. McCormick, III
                                                  Edward J. McCormick, III