UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 1:05-CV-30073-JLT

|  |  |  |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Defendant's Pre-Trial |
|  | ) | Memorandum |
| COSTELLO REALTY, INC., | ) | |
| Defendant. | ) | |
|  | ) | |

1. Summary of Evidence

At trial the defendant will introduce evidence of all residential real estate transactions in which it participated for the years 2000, 2001, 2002, 2003, and 2004.

The defendant will introduce evidence, through both testimony and documentation, of the amounts due GMAC, as well as the actual amounts paid to GMAC for each year in which the contract was applicable. These amounts have been previously furnished to GMAC in a detailed summary on April 26, 2006.

At trial, Costello Realty, Inc. will also introduce evidence to establish that during the time the contract between GMAC and Costello, GMAC breached the terms of the contract by failing to supply Costello Realty with the services set forth by the contract. More specifically, GMAC implemented what is termed its "Premier Service" program. Upon the initiation of this program, Costello Realty, in order to obtain the services set forth in its contract with GMAC, was required to join GMAC's "Premier Service" program, and was required to pay an additional fee of $400.00, plus an additional $2.00 per transaction and was charged for the training of agents.

Furthermore, GMAC breached its agreement with Costello Realty by sending referrals not to Costello Realty, but to other agencies.

2. Facts Established

A. The parties entered into a written contract, pre-marked as Exhibit 1.

3. Contested Issues of Fact

At issue are the amounts claimed by GMAC and the amounts paid by Costello Realty, Inc.

4. <u>Jurisdictional Questions</u>

This matter was originally brought by GMAC in the Eastern District of Illinois and was transferred to the District of Massachusetts by Order of the Eastern District of Illinois in response to Costello Realty's Motion to Dismiss for Lack of Personal Jurisdiction.

5. <u>Pending Motions</u>

GMAC has filed a Motion to Conduct Discovery, which Costello Realty has opposed. This motion is currently pending.

6. <u>Issues of Law</u>

Costello Realty anticipates GMAC will seek to introduce at trial data contained in an "audit" conducted by GMAC of the real estate commissions.

7. <u>Amended Pleadings</u>

The defendant does not seek to amend any pleadings.

8. <u>Additional Matters</u>

None.

9. <u>Length of Trial</u>

3 days.

10. <u>Experts</u>

The defendant does not anticipate the calling of any expert witness at trial, but reserves the right to do so should the plaintiff introduce expert testimony.

11. <u>Proposed Exhibits</u>

   A. Contract;
   B. Summaries of pay-outs to GMAC by Costello Realty from 2000 to 2004;
   C. Summaries of real estate transactions of Costello Realty from 2000 to 2004;
   D. GMAC's Product and Reference Guide.

The defendant reserves the right to supplement this exhibit list.

12. To the extent GMAC's previous disclosures include or reference the audit or settlement negotiations between the parties, the defendant objects to the introduction of any such evidence.

        Respectfully Submitted,
Costello Realty, Inc.,
By Its Attorney,

__/s/ Edward J. McCormick, III____
Edward J. McCormick, III
McCormick & Maitland
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO #329780

## CERTIFICATE OF SERVICE

     I, Edward J. McCormick, III, hereby certify that on this 14th day of July, 2006, I served a true copy of the Defendant's Pre-Trial Memorandum, via e-mail and first-class mail, postage prepaid, upon the following counsel of record:

Michael D. Vhay, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613


__/s/ Edward J. McCormick, III___
Edward J. McCormick, III