UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-30073-JLT |
| | * | |
| COSTELLO REALTY, INC., | * | |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

July 19, 2006

TAURO, J.

    After a Final Pre-Trial Conference held on July 19, 2006, this court hereby orders that:

1.    Plaintiff's Motion for Discovery [#42] is DENIED; and

2.    Trial will begin on September 18, 2006.

    IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge