UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GMAC REAL ESTATE, LLC,**
   **Plaintiff,**

        V                CA 05-30073-JLT

**COSTELLO REALTY, INC.**
**Defendant.**

### SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on September 13, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                        Zita Lovett
                                           /s/
                                        _____
                                        **Deputy Clerk**

September 13, 2006